[No. 14456.  Department One.  April 16, 1918.]

SPOKANE TAXICAB COMPANY, *Appellant*, v. JOHN B. WHITE, *as
Prosecuting Attorney for Spokane County, et al.,
Respondents.*[1]

Appeal from a judgment of the superior court for Spokane
county, Kennan, J., entered January 6, 1917, upon findings in favor
of the defendants, in an action for an injunction. Affirmed.

*McCarthy & Edge*, for appellant.
*John B. White* and *W. C. Meyer*, for respondents.

PER CURIAM.—The question presented in this case has just been
considered and decided in *Cushing v. White, ante* p. 172, 172 Pac.
229.  Upon the authority of that case the judgment is affirmed.

---

[No. 14552.  Department One.  April 23, 1918.]

JOHN J. SCHULLER, *Respondent*, v. ANGELA SCHULLER, *Appellant.*[2]

Appeal from a judgment of the superior court for Yakima county,
Grady, J., entered December 12, 1916, in favor of the plaintiff, in an
action for an accounting, tried to the court.  Affirmed.

*Parker, LaBerge & Parker*, for appellant.
*Roberts & Udell*, for respondent.

PER CURIAM.—On November 20, 1911, respondent assigned to ap-
pellant a certain mortgage to secure the payment of an indebtedness
owing by respondent to appellant, and this action was brought for
an accounting of moneys received by virtue of the assignment, which
resulted in a decree in favor of respondent for the sum of $879.63,
from which this appeal is prosecuted.

The record presents an unfortunate controversy between mother
and son, the transactions involved being numerous and extending
over a period of several years.  We have carefully examined the evi-
dence and are convinced that the decree of the lower court, under all
the facts and circumstances of the case, is just and equitable.  Issues
of fact only are presented, and no purpose would be served by des-
cending to a discussion of details.  The decree is correct and will be
affirmed.

[1]Reported in 172 Pac. 233.
[2]Reported in 171 Pac. 741.